UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BELLUR G. SHIVA PRASAD,

    Plaintiff,                                        Case No. 3:15-cv-150

v.

A.O. SMITH ELECTRICAL                District Judge Walter H. Rice
PRODUCTS CO.,                                  Magistrate Judge Michael J. Newman

    Defendant.

## NOTICE TO PLAINTIFF

It is improper to communicate or attempt to communicate *ex parte* or privately with a United States District Judge or United States Magistrate Judge concerning pending litigation, including telephone calls to staff in the Judge's chambers. Any and all communication with the Court must be through a written pleading or motion submitted to the Clerk of Court and served on opposing counsel.

**IT IS SO ORDERED.**

Date:  October 28, 2015                  *s/ Michael J. Newman*
                                                      Michael J. Newman
                                                      United States Magistrate Judge