IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BELLUR G. SHIVA PRASAD,     :

    Plaintiff,

v.     :     Case No. 3:15-cv-150

A.O. SMITH ELECTRICAL     JUDGE WALTER H. RICE
PRODUCTS CO.,
         :
    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #69); OVERRULING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE (DOC. #59)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his February 5, 2016, Report and Recommendations, Doc. #69, as well as on a thorough *de novo* review of this Court's docket and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences for failing to do so, no Objections have been filed within the time allotted.

Accordingly, the Court OVERRULES Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice, Doc. #59. Plaintiff is once-again cautioned, however, that continued failure to abide by court orders and the Federal Rules of

Civil Procedure may result in sanctions, including dismissal of this case with prejudice.

Date: February 23, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE