## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BELLUR G. SHIVA PRASAD,

     Plaintiff,

     vs.

A.O. SMITH ELECTRICAL PRODUCTS CO.,

     Defendants.

:

:     Case No.  3:15-cv-150

:

:

:

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with  prejudice as to the parties, provided that any of the parties may, upon good  cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

April 25, 2016

WALTER H. RICE,  JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record